UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **LUIS GUILLERMO AROCA ORTIZ,** § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | **CIVIL ACTION NO. 4:25-CV-6274** |
| § | |
| **KRISTI NOEM,** *et al.*, § | |
| § | |
| Respondents. § | |
| § | |

## ORDER

Before the Court is the Government's Unopposed Motion for Extension of Time (ECF No. 5) seeking an additional thirty days to respond to Plaintiff's Original Verified Complaint for Declaratory and Injunctive Relief (ECF No. 1). The Government believes such an extension is appropriate because Plaintiff "has not brought a habeas claim and is **not** seeking release from immigration custody." *See* ECF No. 5 at 1.

While it is true that Plaintiff did not expressly reference habeas relief in his Complaint, Petitioner nonetheless challenges his detention as unlawful. *See* ECF No. 1 at 3-4, 7, 10, 15-16. Moreover, Plaintiff asks this Court to "issue an injunction [enjoining] Respondents to release him immediately, or in the alternative, to provide Petitioner with an individualized bond hearing under INA § 236(a), 8 U.S.C. § 1226(a) within seven (7) days of the Court's order." *Id.* at 18. Given the substance of Plaintiff's Complaint and the relief requested, the Court construes Plaintiff's Complaint as a petition for writ of habeas corpus and requires the Government to file an Answer in accordance with the Court's Order for an Answer (ECF No. 4). However, the Court determines

that a brief extension is warranted. The Government must file its Answer by Monday, January 19th, 2026. The Government's Unopposed Motion for Extension of Time is **GRANTED IN PART.**

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on January 9, 2026.

_____
Keith P. Ellison
United States District Judge